546

377 A.2d 170

Commonwealth v. Garrison, Appellant.

Submitted December 10, 1976.   Thomas D. Watkins, for appellant;   Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 170

Commonwealth v. Gearhart, Appellant.

Submitted April 12, 1976.   Daniel R. Lovette, Public Defender, for appellant;   D. Gerard Long, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:   Judgment of sentence affirmed.

HOFFMAN, J., dissents for the reasons expressed in *Commonwealth v. Olsen,* 247 Pa.Superior Ct. 513, 523–527, 372 A.2d 1207, 1212–1214 (1977) (Dissenting Opinion by SPAETH, J.).